IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 16 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

PAULA G. BLAKE                                  Plaintiff

v.                             4:03CV00643 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,[1]                      Defendant

## ORDER

Defendant has filed a motion to dismiss on the basis that Plaintiff received a fully favorable decision. (Docket #10) Plaintiff responded that she had no objection to the granting of that motion. (Docket #11) Under the circumstances, there is no reason that Defendant's motion should not be granted.

THEREFORE, Defendant's motion to dismiss is hereby granted, and the complaint is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 16th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).